JOHNSON, Appellant, v. LYNCH, et al, Respondents.

(233 N. W. 287.)

(File No. 7076.   Opinion filed December 5, 1930.)

J. E. Tipton, of Lake Andes, and Paul A. Kern, of Platte, for Appellant.

M. A. Brown, of Chamberlain, and Ward B. Dyer, of Lake Andes, for Respondents.

PER CURIAM. In the above cause an appeal is sought to be taken from an order of the circuit court entered on the 18th day of April, 1930. Certified copy of the notice of appeal was filed in this court on the 1st day of May, 1930, and the original notice of appeal has not been filed. There has been no extension of time, and no brief has been filed by appellant.

Therefore, pursuant to rule 5 of this court, the appeal will be deemed abandoned, and the order appealed from is affirmed.